■ In the Matter of MATTHEW M., a Person Alleged to be a Juvenile Delinquent, Appellant. [864 NYS2d 913]—Appeal from an order of disposition, Family Court, New York County (Mary E. Bednar, J.), entered on or about February 4, 2008, unanimously withdrawn in accordance with the terms of the stipulation of the parties hereto. No opinion. Order filed. Concur—Mazzarelli, J.P., Catterson, McGuire, Acosta and Renwick, JJ.